# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERIDON N. DIZADJI, | CASE NO. CV F 09-1811 LJO DLB |
| Plaintiff, | **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |
| vs. | (Doc. 5.) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et. al, | |
| Defendants. | |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;

2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento district judge and magistrate judge to this action;

3. VACATES all pending dates, including the November 24, 2009 motion to dismiss hearing and December 22, 2009 scheduling conference, before this Court's Fresno Division;

4. ORDERS defense counsel to reset the motion to dismiss before the reassigned district judge in this Court's Sacramento Division; and

5. DIRECTS the clerk to term doc. 5 as it pertains to this Court's Fresno Division.

IT IS SO ORDERED.

Dated:  November 2, 2009          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1